1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   DANIEL MICHAEL JACKSON
7
8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13 UNITED STATES OF AMERICA,      ) No. CR-S-09-245 EJG
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER TO CONTINUE
15     v.                         ) STATUS CONFERENCE
                                  )
16 DANIEL MICHAEL JACKSON,        )
                                  ) Date: September 11, 2009
17              Defendant.        ) Time: 10:00 a.m.
                                  ) Judge: Hon. Edward J. Garcia
18 _____)

19      IT IS HEREBY STIPULATED between the parties, Mary Grad, Assistant
20 United States Attorney, and Caro Marks, Assistant Federal Defender,
21 attorney for defendant Daniel Michael Jackson, that the status
22 conference of August 7, 2009 be vacated, and the matter be set for
23 status conference on September 11, 2009 at 10:00 a.m.
24      The reason for the continuance is to allow the defendant time to
25 pursue a departure under chapter five of the federal sentencing
26 guidelines. The parties need time to meet for this purpose.
27 Additionally, defense counsel needs time to order documents relating to
28 three of the defendant's prior convictions, which would appear to make

1  him a career offender under chapter four of the sentencing guidelines.
2  The parties agree a continuance is necessary for these purposes, and
3  agree to exclude time under the Speedy Trial Act accordingly.
4       IT IS STIPULATED that the period from the signing of this Order,
5  up to and including September 11, 2009, be excluded in computing the
6  time within which trial must commence under the Speedy Trial Act,
7  pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for
8  ongoing preparation of counsel.
9  Dated: August 4, 2009

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DANIEL MICHAEL JACKSON


Dated: August 4, 2009

                                        LAWRENCE BROWN
                                        Acting United States Attorney


                                        /s/ Mary Grad
                                        _____
                                   By:  MARY GRAD
                                        Assistant U.S. Attorney



**ORDER**

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the status conference presently set for August 7, 2009, be
continued to September 11, 2009, at 10:00 a.m.  Based on the
representation of defense counsel and good cause appearing therefrom,

1  the Court hereby finds that the failure to grant a continuance in this
2  case would deny defendant reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  The
4  Court finds that the ends of justice to be served by granting a
5  continuance outweigh the best interests of the public and the defendant
6  in a speedy trial.  It is ordered that time from the date of this
7  Order, to and including, the September 11, 2009 status conference shall
8  be excluded from computation of time within which the trial of this
9  matter must be commenced under the Speedy Trial Act pursuant to 18
10 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
11 time to prepare.
12 Dated:  August 4, 2009

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior United States District Judge