1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   DANIEL MICHAEL JACKSON
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. CR-S-09-245 EJG
                                )
14              Plaintiff,      )
                                )  STIPULATION AND ORDER TO CONTINUE
15      v.                      )  STATUS CONFERENCE
                                )
16 DANIEL MICHAEL JACKSON,      )
                                )  Date: September 18, 2009
17              Defendant.      )  Time: 10:00 a.m.
                                )  Judge: Hon. Edward J. Garcia
18 _____)

19      IT IS HEREBY STIPULATED between the parties, Mary Grad, Assistant

20 United States Attorney, and Caro Marks, Assistant Federal Defender,

21 attorney for defendant Daniel Michael Jackson, that the status

22 conference of September 11, 2009 be vacated, and the matter be set for

23 status conference on September 18, 2009 at 10:00 a.m.

24      The reason for the continuance is to allow the defendant time to

25 review and consider the plea agreement offered by the government.  It

26 involves a guilty plea as a career offender, so it is imperative the

27 defendant and his counsel be allowed sufficient time to discuss that

28 guideline and to understand the ramifications of such a plea. The

1 parties agree a continuance is necessary for these purposes, and agree
2 to exclude time under the Speedy Trial Act accordingly.
3     IT IS STIPULATED that the period from the signing of this Order,
4 up to and including September 18, 2009, be excluded in computing the
5 time within which trial must commence under the Speedy Trial Act,
6 pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for
7 ongoing preparation of counsel.
8 Dated: September 10, 2009
9                                         Respectfully submitted,
10                                        DANIEL BRODERICK
                                          Federal Defender
11
12                                        /s/ Caro Marks
                                          _____
13                                        CARO MARKS
                                          Assistant Federal Defender
14                                        Attorney for Defendant
                                          DANIEL MICHAEL JACKSON
15
16 Dated: September 10, 2009
17                                        LAWRENCE BROWN
                                          Acting United States Attorney
18
19                                        /s/ Mary Grad
                                          _____
20                                   By:  MARY GRAD
                                          Assistant U.S. Attorney
21
22
23                              **ORDER**
24     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
25 ordered that the status conference presently set for September 10,
26 2009, be continued to September 18, 2009, at 10:00 a.m.  Based on the
27 representation of defense counsel and good cause appearing therefrom,
28 the Court hereby finds that the failure to grant a continuance in this

Stip and Order                       -2-

1 case would deny defendant reasonable time necessary for effective
2 preparation, taking into account the exercise of due diligence.  The
3 Court finds that the ends of justice to be served by granting a
4 continuance outweigh the best interests of the public and the defendant
5 in a speedy trial.  It is ordered that time from the date of this
6 Order, to and including, the September 18, 2009 status conference shall
7 be excluded from computation of time within which the trial of this
8 matter must be commenced under the Speedy Trial Act pursuant to 18
9 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
10 time to prepare.
11 Dated:  September 10, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge