**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M & ORDER

DATE:     October 26, 2009

TO:       Colleen Lydon, Courtroom Deputy to
          Honorable Edward J. Garcia, Jr.

FROM:     Debra Lancaster, Secretary to
          Caro Marks, Assistant Federal Defender

SUBJECT:  United States v. Dan Michael Jackson
          CR-S-09-245 EJG

---

   This Memo is to confirm defense counsel's request to continue Judgment and Sentencing, presently scheduled for December 11, 2009, to **Friday, January 8, 2010 at 10:00 a.m.**  The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

   Proposed Presentence Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 27, 2009

   Counsel's Written Objections Due No Later Than . . . . . . . . . . . . . . December 11, 2009

   Pre-Sentence Report Shall be Filed with the Court
   and Disclosed to Counsel No Later Than  . . . . . . . . . . . . . . . . . . . December 18, 2009

   Motion for Correction Due No Later Than  . . . . . . . . . . . . . . . . . . . December 25, 2009

   Reply/Statement  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 1, 2010


   The Courtroom Clerk and all parties have been notified of the new scheduled dates.


**IT IS SO ORDERED**.

       DATED: October 30, 2009            /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Court Judge



cc:    Julie A. Fowler, United States Probation Officer
       Dan Michael Jackson