**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*　　　　　(916) 498-5700  Fax: (916) 498-5710　　　　　*Linda C. Harter*
*Federal Defender*　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Chief Assistant Defender*

# M E M O R A N D U M & ORDER

DATE:       January 14, 2010/February 4, 2010

TO:         Colleen Lydon, Courtroom Clerk to
            Hon. Edward J. Garcia

FROM:       Caro Marks
            Assistant Federal Defender

SUBJECT:    U.S. v. Daniel Michael Jackson
            CR.S-09-245-EJG

---

This memo is to request that the PSR schedule and judgment and sentencing for Daniel Jackson be continued. The new scheduled dates are as follows:

| | |
|---|---|
| Proposed Pre-sentence Report | 4/2/10 |
| Counsel's Objections to Report | 4/16/10 |
| Pre-Sentence Report filed | 4/23/10 |
| Motion to Correct Report | 5/7/10 |
| Judgment and Sentencing | 5/14/10 |

Assistant U.S. Attorney Mary Grad and U.S. Probation Officer Julie Fowler have been notified of this request and have no objection.

Thank you for your assistance in this matter.

CM
bd

cc:   M. Grad, AUSA
      J. Fowler, USPO          IT IS SO ORDERED THIS 4th day of
                               February, 2010.

                               /s/ Edward J. Garcia
                               U. S. DISTRICT JUDGE