**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
**(916) 498-5700 Fax: (916) 498-5710**

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# MEMORANDUM

E Order

DATE: April 27, 2010

TO: Colleen Lydon, Courtroom Clerk to the Honorable Edward J. Garcia

FROM: Becky Darwazeh, Legal Secretary to Caro Marks, Assistant Federal Defender

SUBJECT: United States v. Daniel Michael Jackson
CR-S-09-245-EJG

---

This memo is to confirm that the judgment and sentencing for Daniel Michael Jackson has been continued from May 14, 2010 at 10:00 am. to June 25, 2010 at 10:00 am. All parties are in agreement to the new scheduled date. This new date is being requested so the AUSA, who is on extended leave, may be present for the sentencing, and to allow the defendant to complete his GED.

Thank you for your assistance in this matter.

CM
bd

cc: M. Grad, AUSA
J. Fowler, USPO

IT IS SO ORDERED

4/27/10

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK